CHARLES A. BONNER, ESQ. (S.B. #85413)
A. CATHERINE LAGARDE, ESQ. (S.B. #209255)
LAW OFFICES OF CHARLES A. BONNER
180 Harbor Drive, Suite 227
Sausalito, CA 94965
Tel: (415) 331-3070
Fax: (415) 331-2738

Attorneys for Plaintiffs

ANN MILLER RAVEL, County Counsel (S.B. #62139)
LORI E. PEGG, Lead Deputy County Counsel (S.B. #129073)
LISA HERRICK, Deputy County Counsel (S.B. #157115)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/27/05*

| | |
|---|---|
| ERIC POLK,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | No. C-04-01630 RMW |
| RICHARD SULLIVAN,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | No. C-05-01735 RMW |
| ERIC ADAMS,<br><br>    Plaintiff,<br><br>v. | No. C-05-01736 RMW |

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and [Proposed] Order
Continuing CMC

1

C-04-01630 RMW, et al.

| | |
|---|---|
| COUNTY OF SANTA CLARA, et al.,<br><br>　　　　Defendants. | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Date:　October 28, 2005<br>Time:　10:30 a.m.<br>Crtrm:　6<br>Judge:　Judge Ronald M. Whyte |

## STIPULATION

The parties, through counsel, hereby stipulate that they have settled these cases and are in the process of finalizing the settlement agreement(s). Thus, the parties respectfully request that the Court continue the Case Management Conferences pending dismissal.

Dated: October 25, 2005

LAW OFFICES OF CHARLES A. BONNER

By: _/s/ A. Catherine Lagarde_
A. CATHERINE LAGARDE
Attorney for Plaintiffs

Dated: October 26, 2005

ANN MILLER RAVEL
County Counsel

By: _/s/ Lisa Herrick_
LISA HERRICK
Deputy County Counsel

Attorneys for Defendants

## [PROPOSED] ORDER

IT IS SO ORDERED that the Case Management Conference scheduled for October 28, 2005, at 10:30 a.m. is continued to December 2, 2005, at 10:30 a.m.

Dated: 10/27/05

/s/ Ronald M. Whyte
HON. RONALD M. WHYTE

Stip and [Proposed] Order
Continuing CMC　　　　　2　　　　　C-04-01630 RMW, et al.